IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| 1) NELSON RIVERA-TORRES<br>2) MARIA LUISA ALEJANDRO-ORTIZ<br>3) CARMEN MARIA APONTE-LOPEZ<br>4) WILSON APONTE-ROSARIO<br>5) VICTOR AYALA<br>6) ALICE I. BADILLO-BRAVO<br>7) JAVIER BONILLA-CINTRON<br>8) MARCELINO BURGOS-PABON<br>9) CARLOS COLON-BURGOS<br>10) MARIA M. CORIANO<br>11) NILDA ZENAIDA COSME<br>12) ARACELIS COTTO-GONZALEZ<br>13) RUYSDAEL DAVILA-RODRIGUEZ<br>14) ANA DIAZ-LOPEZ<br>15) MARIA I. FIGUEROA-RAMIREZ<br>16) MYRNA FIRPI-SOLIS<br>17) MARIA L. GARCIA-MORALES<br>18) VIVIAN I. GONZALEZ-INGLES<br>19) MILAGROS DEL C. GONZALEZ-SANTANA<br>20) EVELYN IRIZARRY-CAMACHO<br>21) NELSON LAMBOY-CRUZ<br>22) JORGE N. LAMBOY-TORRES<br>23) ASBELTI LLORENS-MALDONADO<br>24) CARMEN LOPEZ-NEGRON<br>25) LUIS LOZADA-CRUZ<br>26) LUIS MATIAS-SOTO<br>27) HECTOR MENDEZ-CABAN<br>28) HAYDEE MONTAÑEZ-RODRIGUEZ<br>29) NIGMY MUSTAFA-RICO<br>30) AIDA NAZARIO-MONTALVO<br>31) ANGEL NEGRON<br>32) REGINA NEGRON-ZAYAS<br>33) JOSE ORTIZ-IDRACH<br>34) MILAGROS PEREZ-VAZQUEZ<br>35) SARA PIÑERO-MARQUEZ<br>36) JOSE M. POMALES-OJEDA<br>37) RIGOBERTO RIVERA-LUNA<br>38) ORLANDO RIVERA-MANGUAL<br>39) NELSON RIVERA-TORRES<br>40) MINERVA RODRIGUEZ-LOPEZ<br>41) AGNES RODRIGUEZ-PAGAN<br>42) INES ROSADO<br>43) MARTA ROSADO-ROMERO<br>44) MARIA RUIZ-APONTE<br>45) MARIA ANTONIA RUIZ-APONTE<br>46) JULIA SANTIAGO-APONTE<br>47) IRMA NYDIA SANTOS-AGOSTO | CIVIL 03-1689CCC |

CIVIL 03-1689CCC                    2

48) CHARON D. SERRANO-TORRES
49) MYRIAM SUAREZ-LINARES
50) MARTA TORO-OLIVENCIA
51) ANA MARIA TORRES-MARTINEZ
52) MARIA DEL ROSARIO TORRES-BAEZ
53) HILDA TORRES-CRESPO
54) SANDRA LEE YIASKI-GARCIA
55) MARIO TORRES-ROSA
56) MARILYN TORRES-TORRES
57) LILLIAN URDANAVIA-MENDEZ
58) MARILU VAZQUEZ-MARTINEZ
59) MANUEL VELEZ-COLLAZO
60) NELLY VELEZ-VELEZ
61) LOURDES VILLANUEVA-VARGAS
62) WILNELIA BUFFIT-TORRES

Plaintiffs

vs

CESAR REY-HERNANDEZ, in his personal capacity and as Secretary, Puerto Rico's Department of Education
JOSE ALDANONDO-RIVERA, in his personal capacity and in his official capacity as Director Program for the Education of Adults
SANTOS MELENDEZ in his personal capacity and in his official capacity as General Supervisor Program for the Education of Adults, Central Office
JOHN DOE Regional Director of Caguas in his personal capacity
JOHN ROE another Regional Director in his personal capacity
and employees, officers or agents of the Department of Education of Puerto Rico or of any other Governmental Puerto Rican position related, depriving, promoting or participating to deprive plaintiffs of their constitutionally protected rights, and persons A to Z until now unknown their names

Defendants

CIVIL 03-1689CCC                              3

# O R D E R

Having considered the Motion in Limine filed by defendants César Rey-Hernández, José L. Aldanondo-Rivera and Santos Meléndez on June 27, 2005 (**docket entry 94**), plaintiffs' Opposition to Defendants' Motion in Limine filed on July 29, 2005 (**docket entry 100**), defendants' Reply to the Opposition filed on August 10, 2005 (**docket entry 105**), and plaintiffs' Sur-Reply to Defendants' Reply filed on August 30, 2005 (**docket entry 109**), the Court RULES as follows:

(1) expert witness David E. Malavé-Mercado: Having reviewed the Special Report prepared by Mr. Malavé-Mercado, the Court FINDS that said report contains irrelevant information (the history of the adult education program), unreliable data (e.g. descriptions of the procedure followed by the adult education program to adopt proposals based exclusively on the information obtained by the expert at another judicial proceeding where he was present, several conclusory findings with no information provided on how they were reached), or legal conclusions that are beyond the scope of the expert's function.  Accordingly, the motion in limine is GRANTED as to the expert witness.

(2) plaintiffs' medical records:  as to this item, the motion in limine is DENIED. However, the records have to be certified or otherwise authenticated by the custodian in order to be admitted at trial.

(3) audio recordings, depositions, and trial transcripts of the Hatfield v. César Rey case, 01-2335(HL/GAG):  as to this item, the motion in limine is GRANTED, without prejudice of plaintiffs using those portions of the trial transcripts or depositions of Civil 01-2335 which are pertinent for impeachment purposes of specific witnesses.

(4) witnesses: it is not disputed by plaintiffs that movants asked not only the names but also the addresses of plaintiffs' witnesses.  Plaintiffs did not provide the addresses of the witnesses announced in discovery except for one, Ana Helvia Quintero, until the joint proposed Pretrial Order was filed.  By that time, the discovery deadline had expired.  Plaintiffs also

CIVIL 03-1689CCC                                            4

included in the joint proposed Pretrial Order witnesses who were never disclosed in answers to interrogatory. The latter are clearly untimely and are STRICKEN as witnesses; the former whose addresses were untimely provided after discovery are also STRICKEN. As to these, no reason has been advanced for providing their addresses until discovery had concluded. This is a way of bypassing verbal discovery of these witnesses. Plaintiffs had two opportunities, in the initial disclosures and in the answer to interrogatories, to give this information and failed to do so. Accordingly, the motion in limine as to plaintiffs' witnesses is GRANTED except for Ms. Ana Helvia Quintero.

      Thus, for the reasons stated, the Motion in Limine (**docket entry 94**) is GRANTED as to plaintiffs' expert witness, David E. Malavé-Mercado, all of plaintiffs' factual witnesses except for Ms. Ana Helvia Quintero, and the trial transcripts and depositions of 01-2335 (without prejudice of utilizing them for impeachment purposes), and DENIED as to plaintiffs' medical records which are allowed subject to authentication.

      SO ORDERED.

      At San Juan, Puerto Rico, on February 2, 2006.

      S/CARMEN CONSUELO CEREZO
      United States District Judge